2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-20124-TPA
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Thomas H. Boyd<br>P.O. Box 275<br>Prospect PA 16052 | Linda M. Boyd<br>PO Box 275<br>Prospect PA 16052 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Real Time Resolutions, Inc., 1750 Regal Row Ste. # 120, P.O. Box 36655, Dallas, TX 75235-1655 | JPMorgan Chase Bank, N.A.<br>c/o LCS Financial Services Corporation<br>6782 S. Potomac Street, Suite 100<br>Centennial, CO 80112 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/17/17                                                   Michael R. Rhodes
                                                                  **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 11-20124-TPA
Thomas H. Boyd                                                                 Chapter 11
Linda M. Boyd
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy              Page 1 of 2              Date Rcvd: Sep 15, 2017
                         Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13417973        E-mail/Text: bkdepartment@rtresolutions.com Sep 16 2017 03:00:43
    Real Time Resolutions, Inc.,   1750 Regal Row Ste. # 120,   P.O. Box 36655,
    Dallas, TX 75235-1655
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER F/K/A WASHINGTON MUTUAL BANK F.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall    on behalf of Creditor    Washington Mutual Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Beth L. Slaby    on behalf of Defendant    S&T Bank bslaby@clarkhill.com,   aporter@clarkhill.com
    Beth L. Slaby    on behalf of Creditor    S&T Bank bslaby@clarkhill.com,   aporter@clarkhill.com
    Brian C. Thompson    on behalf of Debtor Thomas H. Boyd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
    Brian C. Thompson    on behalf of Joint Debtor Linda M. Boyd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
    Brian C. Thompson    on behalf of Plaintiff Thomas H. Boyd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
    Brian C. Thompson    on behalf of Plaintiff Linda M. Boyd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
    Brian C. Thompson    on behalf of Attorney    Thompson Law Group, P.C. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
    Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com, sklein@hunton.com
    Jeffrey T. Grossman    on behalf of Creditor    Bank Of America, N.A. JGrossman@grossmanfirm.com, JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
    Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
    Jodi L. Hause    on behalf of Creditor    S&T Bank jhause@reedsmith.com,   Jodihause@hotmail.com
    Jodi L. Hause    on behalf of Defendant    S&T Bank jhause@reedsmith.com,   Jodihause@hotmail.com
    John N. McElroy    on behalf of Defendant    S&T Bank jmcelroy@grenenbirsic.com, mcupec@grenenbirsic.com
    John N. McElroy    on behalf of Creditor    S&T Bank jmcelroy@grenenbirsic.com, mcupec@grenenbirsic.com

```
District/off: 0315-2           User: culy                  Page 2 of 2                   Date Rcvd: Sep 15, 2017
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph M. Fornari Jr   on Behalf of the United States Trustee by    on behalf of U.S. Trustee  Office of the United States Trustee Joseph.M.Fornari@usdoj.gov
          Julia Lee Wahl    on behalf of Creditor    Internal Revenue Service julia.l.wahl@irscounsel.treas.gov, pitirs.bk.email@irscounsel.treas.gov
          Keri P. Ebeck    on behalf of Creditor    JPMorgan Chase Bank, N.A. kebeck@weltman.com, jbluemle@weltman.com
          Keri P. Ebeck    on behalf of Creditor    Citizens Bank of Pennsylvania kebeck@weltman.com, jbluemle@weltman.com
          Keri P. Ebeck    on behalf of Creditor    RBS Citizens, N.A. kebeck@weltman.com, jbluemle@weltman.com
          Kristian Jon Jamieson    on behalf of Creditor    Rex Energy Corporation kristian.jamieson@steptoe-johnson.com
          Martin J. Weis    on behalf of Creditor    PNC Bank, N.A. mweis@dilworthlaw.com
          Martin J. Weis    on behalf of Defendant    PNC Bank National Association mweis@dilworthlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Timothy P. Palmer    on behalf of Creditor    Bank of America, as Successor Trustee to Wells Fargo Bank, N.A. Trustee timothy.palmer@bipc.com, steven.dewick@bipc.com;donna.curcio@bipc.com

                                                                                                   TOTAL: 26